## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RICHARD BLACK,**

        **Plaintiff,**

-vs-                             **Case No. 6:05-cv-1754-Orl-31JGG**

**UNITED STATES OF AMERICA,**

        **Defendant.**

_____

## ORDER

Defendant has moved, pursuant to 28 U.S.C. section 1404(a), to transfer the venue of this action to the Eastern District of California (Doc. 16).  Plaintiff does not oppose the motion and the 1404(a) factors justify such transfer.  Accordingly, it is

**ORDERED** that Defendant's Motion is GRANTED.  The clerk is directed to transfer this case to the Eastern District of California.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 22, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party